IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>1411 K St. NW, Suite 1300<br>Washington, D.C. 20005,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250,<br><br>*Defendant*. | **PROOF OF SERVICE OF PROCESS**<br><br>Case No: 25-cv-03518 |

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby certify that service of the complaint, summons, and other case-initiating documents in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was served via certified mail on October 2, 2025; the United States Attorney's office received the documents on October 8, 2025.

2. The United States Attorney General was served via certified mail on October 2, 2025; the United States Attorney General's office received the documents on October 8, 2025.

3. The United States Department of Agriculture was served via certified mail on October 2, 2025; it received the documents on October 7, 2025.

4. Pursuant to Federal Rule of Civil Procedure 4(i)(1)–(2), the above parties were served copies of the documents described as:

    a. CIVIL COVER SHEET;

      b. PROPOSED SUMMONS;

      c. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

      d. LCvR 26.1 CERTIFICATE OF DISCLOSURE;

      e. SUMMONS IN A CIVIL ACTION;

5. Paper certified mail receipts verifying the statements in paragraphs 1 and 2 are attached as Exhibit 1.

6. The paper certified mail receipt for the packet addressed to the United States Department of Agriculture appears to have been lost by the United States Postal Service. In substitute, I have included in Exhibit 1 a document generated by the Postal Service confirming that delivery through Priority Mail Certified Mail was accomplished on October 7, 2025.

7. On October 2, 2025, I caused to be served copies of this proof of service of process on Defendant United States Department of Agriculture, the United States Attorney, and the United States Attorney General by placing true and correct copies thereof in sealed envelopes and sending the copies via certified mail, return receipt requested, through the United States Postal Service.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 3, 2025          Respectfully submitted,

                                           */s/ Ivan R. Ditmars*
                                           Ivan R. Ditmars, CA Bar No. 359879
                                           CENTER FOR BIOLOGICAL DIVERSITY
                                           2100 Franklin St, Suite 305
                                           Oakland, CA 94612

Phone: (510) 844-7158
Email: iditmars@biologicaldiversity.org

*Attorney for Plaintiff* (*Admitted Pro Hac Vice)*