# EXHIBIT 1



 **Outlook**

**USPS® Item Delivered, Individual Picked Up at Post Office 70162070000003626743**

From auto-reply@usps.com <auto-reply@usps.com>
Date Wed 10/8/2025 1:59 AM
To   Environmental Health Program Documents <ehp_docs@biologicaldiversity.org>



Hello **Georgia Davis**,

Your item was picked up at the post office at 4:42 am on October 8, 2025 in WASHINGTON, DC 20530.

Tracking Number: **70162070000003626743**

**Delivered, Individual Picked Up at Post Office**



**Tracking & Delivery Options**

**My Account**



 Outlook

## USPS® Item Delivered, Individual Picked Up at Post Office 70162070000003626750

From auto-reply@usps.com <auto-reply@usps.com>
Date Wed 10/8/2025 1:59 AM
To  Environmental Health Program Documents <ehp_docs@biologicaldiversity.org>



Hello **Georgia Davis**,

Your item was picked up at the post office at 4:42 am on October 8, 2025 in WASHINGTON, DC 20530.

Tracking Number:
**70162070000003626750**

**Delivered, Individual Picked Up at Post Office**



# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information

October 30, 2025

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 7016 2070 0000 0362 6736

Tracking Expires On October 3, 2027

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 20250 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 972176819 | PORTLAND | OR |

### Tracking Number Classification

**Class/Service**

- Class/Service: Priority Mail Certified Mail
- Class of Mail Code/Description: PM / Priority Mail®

**Origin / Return / Pickup Address Information**

- Address:
- City:
- State:
- 5-Digit ZIP Code: 97217
- 4-Digit ZIP Code add on: 6819

**Service Delivery Information**

- Service Performance Date: Expected Delivery by: Monday, 10/06/2025
- Expected Delivery: on Tuesday, 10/07/2025
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 08
- PO Box: N
- Other Information: Service Calculation Information

**Payment**

- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $11.00
- Weight: 0 lb(s) 7.00 oz(s)
- Rate Indicator: Flat Rate Envelope

**Other Information**

- Firm Label ID: 51D3 26A0 2140 2218 2004
- Related Product: 9590 9402 7325 2028 6064 34

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | $5.30 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 10/07/2025 | 10:45 | WASHINGTON, DC 20250 | Firm Book | MDD TR D236A02634 (interface type - wireless) | Scanned by route 0025C006 | 10/07/2025 10:03:10 | Facility Finance Number: 105010<br>Firm Name: AGRI 20250 R12<br>Request Delivery Record<br>View Delivery Signature and Address<br>Firmbook: 51D326A0214022182004<br>GEO Location Data Available |
| SORTING/PROCESSING COMPLETE | PC | 10/07/2025 | 07:16 | WASHINGTON, DC 20250 | System Generated | | | 10/07/2025 06:20:13 | |
| ARRIVAL AT UNIT | 07 | 10/07/2025 | 07:15 | WASHINGTON, DC 20018 | Firm Book | MDD TR D326A02140 (interface type - wireless) | Scanned by route 0022C111 | 10/07/2025 06:20:12 | PC / OF Reason Code<br>OFD Same Day<br>Firmbook: 51D326A0214022182004 |
| ENROUTE/PROCESSED | 10 | 10/06/2025 | 13:59 | WASHINGTON, DC 20018 | Scanned | SIPS-003-00 | | 10/06/2025 13:05:11 | UPC Barcode: PS00001000014<br>Length: 9.69 inch(es)<br>Width: 12.6 inch(es)<br>Height: 0.39 inch(es)<br>Weight: 0 lb(s) 6.40 oz(s) |
| ENROUTE/PROCESSED | 10 | 10/05/2025 | 14:07 | JERSEY CITY, NJ 07097 | Scanned | APBS-001-000002 | | 10/05/2025 13:11:03 | UPC Barcode: PS00001000014<br>Length: 11.42 inch(es)<br>Width: 12.99 inch(es)<br>Height: 0.2 inch(es)<br>Weight: 0 lb(s) 6.40 oz(s) |
| IN TRANSIT TO NEXT FACILITY | NT | 10/04/2025 | 18:57 | | System Generated | | | 10/04/2025 21:12:12 | |
| IN TRANSIT TO NEXT FACILITY | NT | 10/03/2025 | 18:57 | | System Generated | | | 10/03/2025 21:09:04 | |
| ENROUTE/PROCESSED | 10 | 10/02/2025 | 21:57 | PORTLAND, OR 97215 | Scanned | EPPS-001 | | 10/03/2025 00:02:15 | UPC Barcode: PS00001000014<br>Length: 12.5 inch(es)<br>Width: 9.4 inch(es)<br>Height: 0.3 inch(es)<br>Weight: 0 lb(s) 6.40 oz(s) |
| DEPART POST OFFICE | SF | 10/02/2025 | 18:29 | PORTLAND, OR 97217 | System Generated | | | 10/02/2025 20:42:03 | Closeout Label ID: CT13 6890 9000 2510 0220 3050 000 |
| ACCEPT OR PICKUP | 03 | 10/02/2025 | 14:31 | PORTLAND, OR 972176819 | Scanned | RSS POS | | 10/02/2025 16:58:05 | UPC Barcode: PS00001000014<br>Facility Finance Number: 406763<br>Length: 12.5 inch(es)<br>Width: 9.5 inch(es)<br>Height: 0.01 inch(es)<br>Weight: 0 lb(s) 7.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

```
UNITED STATES
POSTAL SERVICE

          KENTON
   2130 N KILPATRICK ST
   PORTLAND, OR 97217-6819
        www.usps.com
10/02/2025                    02:37 PM

        TRACKING NUMBERS
      70162070000003626736
      70162070000003626750
      70162070000003626743

  TRACK STATUS OF ITEMS WITH THIS CODE
          (UP TO 25 ITEMS)
```



```
    TRACK STATUS BY TEXT MESSAGE
  Send tracking number to 28777 (2USPS)
  Standard message and data rates may apply

         TRACK STATUS ONLINE
  Visit https://www.usps.com/tracking
    Text and e-mail alerts available

              PURCHASE DETAILS

Product           Qty    Unit      Price
                        Price

Priority Mail®     1              $11.00
Flat Rate Env
    Washington, DC 20250
    Flat Rate
    Expected Delivery Date
        Mon 10/06/2025
    Insurance                      $0.00
        Up to $100.00 included
    Certified Mail®                $5.30
        Tracking #:
        70162070000003626736
    Return Receipt                 $4.40
        Tracking #:
        9590 9402 7325 2028 6064 34
Total                             $20.70

Priority Mail®     1              $11.00
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Mon 10/06/2025
    Insurance                      $0.00
        Up to $100.00 included
    Certified Mail®                $5.30
        Tracking #:
        70162070000003626750
    Return Receipt                 $4.40
        Tracking #:
        9590 9402 7325 2028 6064 41
Total                             $20.70

Priority Mail®     1              $11.00
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Mon 10/06/2025
    Insurance                      $0.00
        Up to $100.00 included
    Certified Mail®                $5.30
        Tracking #:
        70162070000003626743
    Return Receipt                 $4.40
        Tracking #:
        9590 9402 7325 2028 6064 58
```



Certified Mail Receipt — U.S. DEPARTMENT OF AGRICULTURE, 1400 Independence Avenue, SW, Washington, D.C. 20250. Certified Mail Fee $5.30, Postage $11.00, Total $20.70. Postmarked KENTON STATION PORTLAND OREGON, USPS 97217, 10/02/2025.

Certified Mail Receipt — Pamela Bondi, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. Certified Mail Fee $5.30, Postage $11.00, Total $20.70. Postmarked KENTON STATION PORTLAND OREGON, USPS 97217, 10/02/2025.

Certified Mail Receipt — Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530-0034. Certified Mail Fee $5.30, Postage $11.00, Total $20.70. Postmarked KENTON STATION PORTLAND OREGON, USPS 97217, 10/02/2025.

 Outlook

**USPS eReceipt**

From DoNotReply@ereceipt.usps.gov <DoNotReply@ereceipt.usps.gov>
Date Thu 10/2/2025 2:38 PM
To Georgia Davis <gdavis@biologicaldiversity.org>



```
                    UNITED STATES
                    POSTAL SERVICE ®

                         KENTON
                   2130 N KILPATRICK ST
                   PORTLAND, OR 97217-6819
                        www.usps.com
10/02/2025                                          02:37 PM
-----------------------------------------------------------
                    TRACKING NUMBERS
                   70162070000003626736
                   70162070000003626750
                   70162070000003626743
-----------------------------------------------------------
               TRACK STATUS OF ITEMS BY LINK
                     (Up to 25 items)
                    Click to track items
-----------------------------------------------------------
               TRACK STATUS BY TEXT MESSAGE
           Send tracking number to 28777 (2USPS)
           Standard message and data rates may apply
-----------------------------------------------------------
                    TRACK STATUS ONLINE
             Visit https://www.usps.com/tracking
                Text and e-mail alerts available
-----------------------------------------------------------
                      PURCHASE DETAILS
-----------------------------------------------------------
Product                              Qty    Unit      Price
                                            Price
-----------------------------------------------------------
Priority Mail®                        1              $11.00
Flat Rate Env
   Washington, DC 20250
   Flat Rate
   Expected Delivery Date
       Mon 10/06/2025
  Insurance                                           $0.00
       Up to $100.00 included
  Certified Mail®                                     $5.30
       Tracking #:
           70162070000003626736
  Return Receipt                                      $4.40
       Tracking #:
           9590 9402 7325 2028 6064 34
Total                                                $20.70

Priority Mail®                        1              $11.00
Flat Rate Env
   Washington, DC 20530
   Flat Rate
```

```
    Expected Delivery Date
        Mon 10/06/2025
    Insurance                                              $0.00
        Up to $100.00 included
    Certified Mail®                                        $5.30
        Tracking #:
            70162070000003626750
    Return Receipt                                         $4.40
        Tracking #:
            9590 9402 7325 2028 6064 41
Total                                                     $20.70

Priority Mail®                      1                    $11.00
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Mon 10/06/2025
    Insurance                                              $0.00
        Up to $100.00 included
    Certified Mail®                                        $5.30
        Tracking #:
            70162070000003626743
    Return Receipt                                         $4.40
        Tracking #:
            9590 9402 7325 2028 6064 58
Total                                                     $20.70

-----------------------------------------------------------------
Grand Total:                                              $62.10
-----------------------------------------------------------------
Credit Card Remit                                         $62.10
    Card Name: Discover
    Account #: XXXXXXXXXXXX0640
    Approval #: 00234P
    Transaction #: 872
    AID: A0000001523010    Contactless
    AL: DISCOVER
-----------------------------------------------------------------

                    TO REPORT AN ISSUE
             Visit https://emailus.usps.com

                TO FILE AN INSURANCE CLAIM
        Visit https://www.usps.com/help/claims.htm

             PREVIEW YOUR MAIL AND PACKAGES
                   Sign up for FREE at
             https://informeddelivery.usps.com

            All sales final on stamps and postage.
            Refunds for guaranteed services only.
                 Thank you for your business.

                     Customer Service
                      1-800-ASK-USPS
                     (1-800-275-8777)
             Agents do not have any additional
          information other than what is provided on
                         USPS.com.

               Tell us about your experience.
            Go to: https://postalexperience.com/pos?mt=9
                   or call 1-800-410-7420.

-----------------------------------------------------------------
```

```
UFN: 406763-0017
Receipt #: 840-59700102-2-5326631-2
Clerk: 12
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.