UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 25-3518 (CRC) |

**JOINT STATUS REPORT**

Plaintiff Center for Biological Diversity, and Defendant U.S. Department of Agriculture, through counsel, respectfully submit this Joint Status Report pursuant to this Court's June 15, 2026 Minute Order.

1. This is a Freedom of Information Act ("FOIA") case concerning a FOIA request seeking records "documenting the programs impacted by Secretary of Agriculture Brooke Rollins' June 17, 2025 announcement that the USDA 'will terminate more than 145 Diversity, Equity, and Inclusion (DEI) focused awards.'" Compl. ¶ 29. Plaintiffs filed a complaint on October 1, 2025, and Defendants answered on January 29, 2026. ECF No. 9.

2. On January 29, 2026, the Court ordered the parties to meet and confer and then file a joint proposed schedule for briefing or disclosure by February 12, 2026. The parties filed an initial joint status report on February 12, 2026 and subsequent joint status reports on April 10, 2026, May 6, 2026, and June 11, 2026.

3. Defendant conducted a search for responsive records and identified one record. Defendant completed processing and issued a final response to Plaintiff on April 24, 2026.

4. Defendant's response consisted of one record in the form of a partially redacted spreadsheet, as well as a letter describing Defendant's search efforts and explaining Defendant's application of "FOIA Exemption 5" to protect information that the agency claimed were "pre-decisional." 5 U.S.C. §552(b)(5).

5. Since the filing of the last status report, the parties have continued to engage in good-faith discussions regarding the adequacy of Defendant's search and the scope of Plaintiff's FOIA request. The parties are continuing to discuss Defendant's search methodology and assess the appropriate way forward. Defendant has agreed to conduct a manual search for potentially responsive non-email records at USDA's Office of the Secretary. Plaintiff has specifically requested that Defendant update its search cut-off date and agree to share and discuss the search terms employed in that search.

6. Because the parties' discussions are ongoing, the parties respectfully submit that summary-judgment briefing would be premature at this time.

7. Accordingly, the parties propose filing a Joint Status Report on or before October 13, 2026, apprising the Court of the status of the parties' discussion and, if appropriate, proposing a joint briefing schedule.

* * *

Dated: September 11, 2026
Washington, D.C.

*/s/ Ivan Ditmars*
IVAN DITMARS, D.C. Bar # CA00243
Center for Biological Diversity
1411 K Street NW
Washington, DC 20005
(510) 844-7158
iditmars@biologicaldiversity.org

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*